[No. 37117-7-I.    Division One.    February 18, 1997.]

BARBARA JODEAN MOORE, *Appellant*, v. NATIONAL 60 MINUTE TUNE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Island County, No. 94-2-00615-5, Joan H. McPherson, J., entered August 7, 1995. *Reversed* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 37188-6-I.    Division One.    February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. T.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-03447-2, Norma Smith Huggins, J., entered August 2, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37227-1-I.    Division One.    February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN SLAUGHTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-03761-1, Steven G. Scott, J., entered August 28, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37229-7-I.    Division One.    February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY-JAROD L. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04317-4, Richard A. Jones, J., entered August 23, 1995. *Affirmed* by unpublished per curiam opinion.